# United States District Court

**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| JAMES WILSON § | | |
|     Plaintiff, § | | |
| § | | |
| VS. § | | Case No. 4:14CV569 |
| § | | Judge Mazzant/Judge Bush |
| JP MORGAN CHASE BANK, et al., § | | |
|     Defendants. § | | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE AND ORDER OF DISMISSAL

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On March 18, 2015, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Plaintiff's claims should be dismissed without prejudice for want of prosecution.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's recommendations as the findings and conclusions of the court. Therefore, this case is dismissed without prejudice for want of prosecution, and this matter shall be closed on the Court's docket.

**It is SO ORDERED.**

**SIGNED this 27th day of May, 2015.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE